IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO. 5:09-cv-00272 |
| v. | ) |
| | ) JUDGE JOHN R. ADAMS |
| CITY OF AKRON, OHIO | ) |
| | ) MAGISTRATE VECCHIARELLI |
| and | ) |
| | ) |
| THE STATE OF OHIO, | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE

The United States and State of Ohio hereby inform the Court that they have received the attached letter from the City of Akron. Attachment A. In the letter, the City states that it "is withdrawing its submission" of the Long Term Control Plan Update ("LTCP Update"), which previously had been approved by the United States Environmental Protection Agency ("U.S. EPA") and the State. Prior to the submittal of the attached letter, the City had not informed the

1

United States or State of its intent to withdraw the LTCP Update; the United States and State are considering the impact on this matter and the governments' options.

                                      Respectfully submitted,

                                      ROBERT G. DREHER
                                      Acting Assistant Attorney General
                                      Environment and Natural Resources Division

Date:  December 19, 2013          /s/  Bonnie A. Cosgrove
                                      BONNIE A. COSGROVE
                                      Trial Attorney
                                      ARNOLD S. ROSENTHAL
                                      Senior Counsel
                                      Environmental Enforcement Section
                                      Environment and Natural Resources Division
                                      United States Department of Justice
                                      301 Howard St., Ste. 1050
                                      San Francisco, CA 94105
                                      Phone:  (415) 744-0130
                                      Fax:  (415) 744-6476
                                      E-mail:  bonnie.cosgrove@usdoj.gov

                                      Attorneys for United States


                                      MICHAEL DeWINE
                                      OHIO ATTORNEY GENERAL

Date:  December 19, 2013          /s/ Summer J. Koladin Plantz
                                      SUMMER J. KOLADIN PLANTZ (0072072)
                                      Assistant Attorney General
                                      Environmental Enforcement Section
                                      30 East Broad Street, 25th Floor
                                      Columbus, Ohio 43215
                                      Telephone:  614.466.2766
                                      Facsimile:  614.644.1926
                                      Summer.Plantz@OhioAttorneyGeneral.gov

                                      Attorneys for Defendant-Cross Claimant
                                      State of Ohio

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO.  5:09-cv-00272 |
| v. | ) |
| | ) JUDGE JOHN R. ADAMS |
| **CITY OF AKRON, OHIO** | ) |
| | ) MAGISTRATE VECCHIARELLI |
| and | ) |
| | ) |
| **THE STATE OF OHIO,** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the United States' and State of Ohio's **Notice** was filed electronically on this date.  Notice of this filing will be sent to all parties identified below by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| **City of Akron** | **State of Ohio** |
| Michael Hardy, Esq. | Summer Koladin Plantz |
| Anthony Rospert, Esq. | Assistant Attorney General |
| Kyle Baker, Esq. | Environmental Enforcement Section |
| Thomas Ritzert, Esq. | 30 East Broad St., 25th Fl. |
| Thompson Hine LLP | Columbus, Ohio 43215 |
| 3900 Key Center | |
| 127 Public Square | **City of Fairlawn, Amicus Curiae** |
| Cleveland, Ohio 44114 | Steven D. Bell |
| | Law Office of Steven D. Bell |
| Cheri Cunningham | 7650 Chippewa Road |
| Stephanie York | Brecksville, OH 44141 |
| City of Akron Department of Law | |
|    Civil Division | **Summit County, Interested Party** |
| 161 South High St., Ste. 202 | Gregory J. DeGulis |
| Akron, Ohio 44308 | McMahon DeGulis - Cleveland |
| | 650 Caxton Bldg. |
| | 812 Huron Road |
| | Cleveland, OH 44115 |

Dated: December 19, 2013             Respectfully submitted,

/s/ Bonnie A. Cosgrove
BONNIE A. COSGROVE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard St., Ste. 1050
San Francisco, CA 94105
Phone: (415) 744-0130
Fax: (415) 744-6476
E-mail: bonnie.cosgrove@usdoj.gov