**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 5:09CV272 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF AKRON, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Government's motion for entry of the Second Amendment to the Consent Decree. Doc. 190. A full evidentiary hearing is necessary for the Court to determine whether to approve the proposed Second Amendment. Accordingly, the parties are instructed to confer and provide the Court with three dates and times for such a hearing. In addition, the parties are to provide three dates and times for a preconference hearing. These dates and times should fall roughly two weeks prior to the dates for the evidentiary hearing.

The parties are also instructed to file all of the semi-annual reports prepared to date by the City of Akron under Paragraphs 75 and 76 of the Decree. Moreover, the parties are reminded that all of the existing dates and deadlines in the Decree remain in

1

full force and effect while the Second Amendment remains under consideration by the Court.

       IT IS SO ORDERED

May 8, 2019                                      */s/ John R. Adams*
                                                       JUDGE JOHN R. ADAMS
                                                       UNITED STATES DISTRICT COURT