UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 5:09CV272 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF AKRON, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On May 8, 2019, the Court instructed the parties to confer and provide dates for a prehearing conference and evidentiary hearing. The parties submitted those dates to the Court's law clerk, and the Court has utilized those dates as follows.

A telephonic prehearing conference is hereby scheduled for June 19, 2019 at 1:00 p.m. All lead counsel shall participate in the call. The Government shall provide the Court and counsel a call-in number to utilize for the conference. An evidentiary hearing is hereby scheduled for July 29, 2019 at 9:00 a.m. and will continue day to day thereafter until completed.

The City of Akron is instructed to file its semi-annual reports and notices of violations to the extent that the file size of those documents is permitted by the Court's

1

electronic filing system. If the files can be broken down into the reports and appendices, then any lengthy appendices may be filed manually. Any questions regarding the limits on file sizes should be directed to the Clerk of Courts office. These documents shall be filed no later than June 5, 2019.[1]

    IT IS SO ORDERED

May 22, 2019                         */s/ John R. Adams*
                                         JUDGE JOHN R. ADAMS
                                         UNITED STATES DISTRICT COURT

---

[1] The parties shall file all future semi-annual reports and notices of violation with the Court at the time they are issued for the duration of the Decree.