**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.:  5:09CV272 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF AKRON, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On June 5, 2019, the City of Akron filed documents pursuant to a request from this Court.  In its filing, the City included the following footnote:

> The Consent Decree does include reporting and notification requirements in addition to the notification request in Paragraph 83. For example, Akron documents its completion with the Consent Decree by submitting Semi-Annual Reports to the United States and the State of Ohio in accordance with Section XV of the Consent Decree, Akron reports SSO and CSS releases to the United States and State of Ohio in accordance with Attachment C of the Consent Decree and the City's approved CMOM Program, and Akron provides force majeure notifications to the United States and the State of Ohio pursuant to Consent Decree Sections XII and XIII.

Doc. 223 at 2.  In addition, the documentation filed by the City also invited responsive correspondence from the United States.  In order to place the currently-filed documents into context, the Court hereby orders that the notifications detailed in the paragraph above

1

2

and the United States' responsive correspondence to any of the City notifications shall be filed with the Court by no later than June 14, 2019.

To the extent that the parties believe that any portion of their correspondence consists of settlement negotiations, the parties are granted leave to file such correspondence under seal.

IT IS SO ORDERED


June 12, 2019                                */s/ John R. Adams*
                                                         JUDGE JOHN R. ADAMS
                                                         UNITED STATES DISTRICT COURT