# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case NO. 5:09-CV-00272 |
| Plaintiff | Judge John R. Adams |
| -vs- | |
| CITY OF AKRON, OHIO | |
| and | |
| THE STATE OF OHIO, | **NOTICE OF APPEAL** |
| Defendants. | |

Notice is hereby given that Defendant City of Akron appeals to the United States Court of Appeals for the Sixth Circuit from the district court's January 27, 2020 Order (ECF #266), regarding the appointment of Professor Craig Johnston as an expert witness, and its February 25, 2020 Order (ECF #269), which the court issued in response to a motion to clarify filed by the Plaintiff United States of America and in which the court identified Eric Schaeffer and David Pincumbe as the individuals selected by Professor Johnston to assist him. Accordingly, under Fed.R.App.P. 4(a), Defendant City of Akron appeals as a matter of right from the district court's January 27, 2020 and February 25, 2020 orders to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

Eve V. Belfance
Director of Law

        /s/ Brian D. Bremer
        Brian D. Bremer (0087363)
        Assistant Director of Law
        161 S. High St., Suite 202
        Akron, OH 44308
        (330) 375-2030/(330) 375-2041 (fax)
        bbremer@akronohio.gov
        *Attorneys for Defendant City of Akron*

## PROOF OF SERVICE

I hereby certify that, on March 26, 2020, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

        /s/ Brian D. Bremer
        Brian D. Bremer (0087363)