# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO.:  5:09CV272 |
|---|---|---|
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| v. | ) | **ORDER** |
| CITY OF AKRON, et al. | ) | |
| Defendants. | ) | |

The parties are hereby instructed to individually file status reports indicating the following:

1) The current status of the City of Akron's compliance with all dates and deadlines in the Decree;

2) Any correspondence exchanged related to extending, modifying, or altering any of the projects or deadlines in the Decree, regardless of whether those changes require Court approval;

The parties shall file their status reports within 14 days of this order.  Thereafter, the parties shall individually file status reports every 60 days containing the information detailed above.

IT IS SO ORDERED

Date:  January 28, 2021            /s/ John R. Adams
                                    JUDGE JOHN R. ADAMS
                                    UNITED STATES DISTRICT COURT

1